UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-0226 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| RASHAD YAFAI, et al., | |
| Defendant. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 3, 2016, the magistrate judge filed findings and recommendations herein which were served on the Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 3, 2016 are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 7) against Defendants is granted;

/////

3. Plaintiff is awarded statutory damages in the amount of $8,000.00 and attorney's fees and costs in the amount of $4,115.00, for the total sum of $12,115.00.

4. Plaintiff is granted an injunction requiring Defendants to provide readily achievable property alterations to the property known as "Corona Liquor" a facility located at 2280 E. Main Street, Stockton, California that consist of the following, all in accordance with the Americans With Disabilities Act of 1990 (ADA) and the Americans With Disabilities Act Accessibility Guidelines (ADAAG) contained in 28 Code of Federal Regulations Part 36, Appendix D: accessible parking spaces, an accessible transaction counter, accessible paths of travel through the merchandise aisles and an accessible restroom.

5. The Clerk of Court is directed to close this case.

Dated: March 23, 2016

Troy L. Nunley
United States District Judge