## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                     **JUDGMENT IN A CIVIL CASE**

**SCOTT JOHNSON,**

                                                    CASE NO: **2:15–CV–00226–TLN–CKD**

       v.

**RASHAD SAM YAFAI, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/24/16**

                                                       **Marianne Matherly**
                                                       Clerk of Court

    ENTERED: **March 24, 2016**

                                                   by: /s/ H. Kaminski_____
                                                              Deputy Clerk