UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**RASHAD YAFAI**, et al,<br><br>Defendants. | Case No.: 2:15-cv-0226 TLN CKD<br><br>**ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examinations RE: Enforcement of Judgment of Rashad Sam Yafai and Musa Ali Hassan are continued to 10/26/16 at 10:00 am in courtroom no. 24 of the United States District Court located at 501 I Street, Sacramento, CA 95814..

IT IS SO ORDERED.

Dated:  July 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE