UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,** | Case No. 2:15-cv-0226 TLN CKD |
| Plaintiff, | **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| v. | |
| **RASHAD YAFAI**, et al, | |
| Defendants. | |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exams for Rashad Sam Yafai and Musa Ali Hassan scheduled for 10/26/16 are vacated.

Dated: October 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam